UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARK DELHOMMER AND HIS WIFE ASHLYN LORENZO** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO:** |
| **JAVIER ESTRADA AND SAFETY MANAGEMENT SYSTEMS, LLC** | * * * * | **SECTION: "" MAG.** Judge: Magistrate: |
| | * | **JURY TRIAL REQUESTED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Petitioners, Mark Delhommer and Ashlyn Lorenzo are persons of the full age of majority and residents of Picayune, State of Mississippi, respectfully aver that:

1.

Jurisdiction is based upon diversity of citizenship and requisite jurisdictional amount pursuant to Title 28 U.S.C., Section 1332 *et seq*.

2.

The amount in controversy herein exceeds SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00), excluding interest and costs.

3.

Defendant, **Safety Management Systems,** is a health care provider doing business in the State of Louisiana. Upon information and/or belief, Safety Management Systems has not availed itself of the protections provided by the Louisiana Patient Compensation Fund and/or Medical Mal Practice Act.

4.

Upon information and belief, Defendant, Javier Estrada, was an employee of Safety Management Systems that was responsible for treating plaintiff at the time of the accident. Defendant failed to provide adequate treatment.

5.

At all material times related hereto, defendant, Javier Estrada, was an employee of and was in the course and scope of his employment with Safety Management Systems.

6.

On or about November 14, 2022, petitioner Mark Delhommer suffered injuries as a result of treatment which fell below the appropriate standard of care on the part of Safety Management Systems and their employee Javier Estrada.  On the above mentioned date, Mark Delhommer, presented to medic Javier Estrada, displaying all of the classic symptoms of a stroke.

7.

The negligent actions of defendants, Safety Management Systems and its employee, Javier Estrada, caused a delay in Plaintiff receiving appropriate treatment for a stroke, thereby causing severe damages to Plaintiff.

8.

The negligent treatment rendered by defendants fell below the appropriate standard of care, which resulted in damages to Mark Delhommer including but not limited to severe physical and mental pain, disability, loss of enjoyment of life, loss of consortium, loss of services, medical expenses and wages.

9.

Ashlyn Lorenzo, Mark Delhommer's wife, is also asserting a claim for loss of consortium, services and society.

10.

At all pertinent times the plaintiff, Mark Delhommer, was under the treatment and care of the defendants, Safety Management Systems and Javier Estrada, through its employees, agents, and assigns, for which it is vicariously liable.

WHEREFORE, plaintiffs, Mark Delhommer and Ashlyn Lorenzo, pray that defendants, Safety Management Systems and Javier Estrada be cited and served to appear and that after due proceedings, there be judgment in favor of plaintiffs, Mark Delhommer and Ashlyn Lorenzo,

against Safety Management Systems and Javier Estrada for the full amount of damages sustained by petitioners herein together with legal interest from date of judicial demand, all costs of these proceedings and all general and equitable relief.

    Petitioners request trial by jury.

                              Respectfully submitted by:

                              */s/ John M. Robin*
                              JOHN M. ROBIN, LA. BAR NO.11341
                              ZACHARY D. RHODES, #38063
                              CATHERINE M. ROBIN, #37398
                              600 COVINGTON CENTER
                              COVINGTON, LOUISIANA 70433
                              TELEPHONE: 985-893-0370
                              FAX: 985-893-2511
                              johnmrobin@johnmrobinlaw.com

**SERVE VIA WAIVER OF SERVICE:**

**SAFETY MANAGEMENT SERVICES, LLC**
THROUGH ITS REGISTERED AGENT
Allyson Pharr
2916 N. University Avenue, Bldg. G
Lafayette, LA 70507

**JAVIER ESTRADA**
Safety Management Services, LLC
THROUGH ITS REGISTERED AGENT
Allyson Pharr
2916 N. University Avenue, Bldg. G
Lafayette, LA 70507